UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA ELLIOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-897-D |
| NEW CENTURY BANK, *Dunn, North* | *)* | |
| *Carolina,* BRANCH MANAGERS, *New* | ) | |
| *Century Bank,* WACHOVIA BANK | *)* | |
| *Fayetteville, North Carolina also known as* | *)* | |
| WELLS FARGO, and BRANCH | ) | |
| MANAGERS, *Wachovia Bank a/k/a Wells* | ) | |
| *Fargo*, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Judge James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS plaintiff's motion to amend [D.E. 8] and DISMISSES plaintiff's complaint as frivolous.  The clerk shall close the case.

<u>**This Judgment Filed and Entered on June 3, 2015, and Copies To:**</u>

Sandra Elliott                    (Via US Mail  52715-056, Alderson- FPC, Glen Ray Rd.- Box A
                                              Alderson, WV 24910)

DATE                                         JULIE RICHARDS JOHNSTON, CLERK
June 3, 2015                                 /s/ Courtney O'Brien
                                             (By) Courtney O'Brien, Deputy Clerk